**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO. _____

_____ ORDER SETTING CASE MANAGEMENT CONFERENCE

This action having been assigned to Judge Samuel Conti,

IT IS ORDERED that a conference will be held before Judge

Conti on _____ at 10:00 A.M. in the United

States Courthouse, 450 Golden Gate Avenue, San Francisco,

California.

The parties shall appear in person or through counsel and

shall be prepared to discuss the future course of the

litigation including, but not limited to, matters set forth

in Civil Local Rule 16-10.  Parties are to file a written case

management statement at least 10 days before said hearing date.

The parties are required to comply with the provisions

of Federal Rule of Civil Procedure 26, Civil Local Rules 16-3 to

16-10 (patent cases should comply with Patent Local Rule),

including, but not limited to, the following requirements:

     1.    The parties must meet and confer no less than 21
            days prior to the initial case management
            conference.

     2.    The parties must devise a discovery plan and submit it,
            jointly, no less than 7 days prior to the case
            management conference. The parties shall submit a
            proposed order embodying the terms of the discovery plan
            at the status conference.

     3.    At the "meet and confer" conference referenced in
            paragraph 1, above, the parties shall discuss
            whether and to what extent they shall make the
            kinds of "disclosures" contemplated in Federal Rules
            of Civil Procedure. The parties shall report to the

**United States District Court**

For the Northern District of California

1

                Court the results of this discussion in their case
management conference statement.

2

      Following the conference, appropriate orders will be

3

entered regulating and controlling future proceedings in the case.

4

      PLAINTIFF IS DIRECTED TO SERVE COPIES OF THIS ORDER AT

5

ONCE UPON ALL PARTIES TO THIS ACTION AND UPON THOSE

6

SUBSEQUENTLY JOINED IN ACCORDANCE WITH THE PROVISIONS OF RULES 4

7

AND 5, FEDERAL RULES OF CIVIL PROCEDURE, and to file with the

8

Clerk of the Court a certificate reflecting such service.

9

                          FOR THE COURT:

10

                          Richard W. Wieking, Clerk

11

12

                          By: _____

13

                            Deputy Clerk

14

15

16

17

18

19

20

21

22

23

IMPORTANT:

24

SEE ATTACHED ORDER RE TIMELY FILING OF PLEADINGS, BRIEFS, AND
MOTIONS CALENDAR AND ELECTRONIC CASE FILING:

25

26

Judge Conti's Law and Motion Calendar
is held at 10:00 A.M., Fridays.

27

28

**United States District Court**

For the Northern District of California

1  NOTICE TO ALL ATTORNEYS:

2  ORDER RE TIMELY FILING OF PLEADINGS, BRIEFS, MOTIONS, ETC.

3      It has been noted by the court that many attorneys are not

4  filing their pleadings and briefs within the time specified in the

5  Local Rules, nor in the manner or form required.  Specifically,

6  many attorneys have filed briefs and memoranda in excess of

7  twenty-five (25) pages, without leave of court.  Said practice

8  violates Civil Local Rule 7-4(b).

9      By addressing this order to you, the court does not infer

10 that you or any member of your firm adheres to this practice, but

11 rather seeks to put all attorneys on notice.

12     Any pleading or brief hereafter sought to be filed with the

13 court after the required time, or in an improper manner or form,

14 shall not be received or considered by the court.  Any attorney in

15 violation of these requirements will be subject to other sanctions

16 pursuant to Civil Local Rule 1-4.

17 RE ELECTRONIC CASE FILING:  In all cases that have been assigned

18 to the Electronic Case Filing System, the parties are required to

19 provide one paper copy of each document that is filed electroni-

20 cally for use in chambers.  The paper copy of each document shall

21 be delivered no later than noon on the day after the document is

22 filed electronically.  Delivery shall be made directly to Judge

23 Conti's chambers.

24 RE MOTIONS:  All pleadings relating to all motions should be

25 complete as to briefing and argument, as the court will decide the

26 issues therein without oral argument, unless otherwise ordered by

27 the Judge.  When this occurs, the court will notify the parties

28 that they need to appear.  (Civil Local Rule 7-6)

3