1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 XU JUN LEE,                              )
                                            ) No. C 07-2685 SC
13                Plaintiff,                )
                                            )
14         v.                               )
                                            ) **STIPULATION TO EXTEND DATES;**
15 MICHAEL CHERTOFF, Secretary of the       ) **and [PROPOSED] ORDER**
   Department of Homeland Security;         )
16 EMILIO T. GONZALEZ, Director, U.S.       )
   Citizenship and Immigration Services;    )
17 ROBIN BARRETT, Field Office Director,    )
   San Francisco District Office, U.S. Citizenship )
18 and Immigration Services;                )
   ROBERT S. MUELLER, Director of           )
19 Federal Bureau of Investigation,         )
                                            )
20                Defendants.               )
                                            )
21

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to the following:

24      1. Plaintiff filed this action on or about May 21, 2007, and Defendants' response is due on July

25 23, 2007.

26      2. Pursuant to this Court's May 21, 2007 Order Setting Initial Case Management Conference,

27 the parties are required to file a joint case management statement on August 31, 2007, and attend a

28 case management conference on September 7, 2007.

Stipulation to Extend Dates
C07-2685 SC                                 1

3. Plaintiff's name check has been completed by the Federal Bureau of Investigations and Plaintiff needs to provide the agency with certain requested information.

4. The parties believe there is a high likelihood that this case will resolve itself administratively and hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendant to file an Answer | August 24, 2007 |
| Last day to file Joint ADR Certification | September 14, 2007 |
| Last day to file/serve Joint Case Management Statement: | September 28, 2007 |
| Case Management Conference: | October 5, 2007 at 10:00 a.m. |

Dated: July 24, 2007                              Respectfully submitted,

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney


                                                        /s/
                                                  _____
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
                                                  Attorney for Defendants


Dated: July 24, 2007                                    /s/
                                                  _____
                                                  JUSTIN X. WANG
                                                  Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____                      _____
                                                  SAMUEL CONTI
                                                  United States District Judge


Stipulation to Extend Dates
C07-2685 SC                                  2