SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XU JUN LEE,<br><br>          Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services;<br>ROBIN BARRETT, Field Office Director,<br>San Francisco District Office, U.S. Citizenship<br>and Immigration Services;<br>ROBERT S. MUELLER, Director of<br>Federal Bureau of Investigation,<br><br>          Defendants. | No. C 07-2685 SC<br><br>**STIPULATION TO EXTEND DATES;<br>and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about May 21, 2007, and Defendants' response is due on July 23, 2007.

    2. Pursuant to this Court's May 21, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on August 31, 2007, and attend a case management conference on September 7, 2007.

Stipulation to Extend Dates
C07-2685 SC                                        1

3. Plaintiff's name check has been completed by the Federal Bureau of Investigations and Plaintiff needs to provide the agency with certain requested information.

4. The parties believe there is a high likelihood that this case will resolve itself administratively and hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | | |
|---|---|---|
| Last day for Defendant to file an Answer | ~~August 24, 2007~~ | 9/21/07 |
| Last day to file Joint ADR Certification | ~~September 14, 2007~~ | 10/12/07 |
| Last day to file/serve Joint Case Management Statement: | ~~September 28, 2007~~ | 10/26/07 |
| Case Management Conference: | ~~October 5, 2007~~ at 10:00 a.m. December 7, 2007 | |

Dated: July 24, 2007              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


Dated: July 24, 2007              _____/s/_____
JUSTIN X. WANG
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    7/30/07

_____
SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti*

Stipulation to Extend Dates
C07-2685 SC                              2