SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XU JUN LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; ROBIN BARRETT, Field Office Director, San Francisco District Office, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-2685 SC<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action based on the following:

    1. The plaintiff filed an application for naturalization with the United States Citizenship and Immigration Services ("USCIS") on September 2005.

    2. The plaintiff is currently the subject of a criminal proceeding in State Court.

    3. Upon completion of the criminal proceedings, the Plaintiff will file a copy of the State

Stipulation to Dismiss
C07-2685 SC                                        1

Court's disposition with the USCIS.

4. Upon receipt of the Court disposition, the USCIS will adjudicate Plaintiff's application for naturalization within 30 days.

Each of the parties shall bear their own costs and fees.

Dated: September 12, 2007                                /s/
                                                 ILA C. DEISS
                                                 Assistant United States Attorney
                                                 Attorney for Defendants

Dated: September 12, 2007                                /s/
                                                 JUSTIN X. WANG
                                                 Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                            _____
                                                 SAMUEL CONTI
                                                 United States District Judge